# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| **vs.** | : Case Number 5:08-CR-33 (HL) |
| | : |
| **ROBERT B. SUMNER,** | : |
| | : |
| **Defendant** | : |

## ORDER

The trial of this case, presently scheduled to begin at 9:30 a.m. on Monday, October 20, 2008, is hereby continued until further order of this Court. The Pre-Trial Conference, presently scheduled to begin at 9:30 a.m. on Wednesday, October 8, 2008, is also continued until further order. The Court finds that the ends of justice served by continuing the case outweigh the best interest of the public and the defendants in a speedy trial, and the period of delay occasioned by this Order shall be excluded from computations of time required by the Speedy Trial Act. 18 U.S.C.A. §§ 3161 to 3174. The trial of this case will be rescheduled at the earliest possible time.

**SO ORDERED,** this the 22nd day of September, 2008.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**
**United States District Court**