**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| vs. : | **Case No.: 5:08-CR-33 (HL)** |
| : | |
| **ROBERT B. SUMNER,** : | |
| : | |
| **Defendant.** : | |

**ORDER**

The Pre-Trial Conference, presently scheduled to begin at 9:30 a.m. on Monday, November 3, 2008, is hereby continued until further order of this Court.  The Court continues this case on motion from the defendant due to defense counsel's absence from his office and his not having reviewed government's evidence at this time.  The government has no objection to defendant's motion.  Accordingly, the Court finds that the ends of justice served by continuing the case outweigh the best interest of the public and the defendants in a speedy trial, and the period of delay occasioned by this Order shall be excluded from computations of time required by the Speedy Trial Act.  18 U.S.C.A. §§ 3161 to 3174.  The trial of this case will be rescheduled at the earliest possible time.

SO ORDERED, this the 31st day of October, 2008.


*s/ Hugh Lawson*
HUGH LAWSON, JUDGE